# Court of Appeals
# of the State of Georgia

ATLANTA,  December 13, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1528.  DELTA AIRLINES, INC. v. JOSEFINA BLANDINO.**

We granted an application for interlocutory appeal to review the trial court's denial of a motion for summary judgment filed by Delta Airlines, Inc. After careful review of the entire record in this case, we conclude that the application was improvidently granted. Accordingly, it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/13/2021*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*